In re: Justin HAWKINS, Petitioner.

No. 05–7090.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 29, 2005.

Decided Oct. 11, 2005.

Justin Hawkins, Petitioner pro se.

Before WILKINSON, KING, and
GREGORY, Circuit Judges.

Petition denied by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM.

Justin Hawkins petitions for writ of
mandamus, alleging that the district court
has unduly delayed implementing our in-
structions on remand in this court's opin-
ion in *United States v. Hawkins,* 104 Fed.
Appx. 321 (4th Cir.2004) (unpublished).
He seeks an order from this court direct-
ing the district court to act. Our review of
the district court docket sheet reveals that

the court entered its order on remand on October 6, 2004. Accordingly, because the district court has complied with our remand order, we deny the mandamus petition as moot. We grant Hawkins leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED*